John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 818681

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20579 | 004-0 | BOBBY RAY JONES<br>Original Check written to:<br>VANDERBILT MORTGAGE<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 9800<br>MARYVILLE, TN  37802- | xx1589 | 0.00 | 413.04 | 0.00 | 413.04 |
| 05-61453 | 999-0 | CHARLES G ALEXANDER<br>Original Check written to:<br>CHARLES G ALEXANDER<br>P O BOX 8728<br>LONGVIEW, TX  75602 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 05-62385 | 003-0 | RICKEY C MILLER<br>Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx8370 | -0.22 | 52.45 | 0.00 | 52.45 |
| 05-62919 | 001-0 | KIM LANE MORGAN<br>Original Check written to:<br>GREEN TREE<br>P O BOX 0049<br>PALATINE, IL  60055-0049 | xxxx0770 | 0.00 | 548.37 | 0.00 | 548.37 |
| 05-62919 | 006-0 | KIM LANE MORGAN<br>Original Check written to:<br>RAINS COUNTY AD<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxxxxxxx005} | 0.00 | 141.60 | 0.00 | 141.60 |
| 06-20129 | 003-0 | BONITA RENA CHERRY<br>Original Check written to:<br>EMC Mortgage Corporation<br>909 N. Hidden Ridge<br>Irving, TX  75039- | xxxxxx8185 | 30,897.13 | 1,001.79 | 0.00 | 1,001.79 |
| 06-60547 | 010-0 | ROGER D. NORRIS, JR.<br>Original Check written to:<br>CAYUGA ISD<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xxx8313 | 917.31 | 0.00 | 72.85 | 72.85 |