John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 820272

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20579 | 102-0 | BOBBY RAY JONES<br>Original Check written to:<br>MIDWEST R&S CORP.<br>CHECK N' GO LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | xxxxxxxxxxxxxxxxxxx8159 | 1,778.18 | 302.04 | 0.00 | 302.04 |
| 06-60785 | 017-0 | EDWIN DEWAYNE LOVELADY<br>Original Check written to:<br>ASHTON RIDGE APARTMENTS<br>2900 MCCANN ROAD<br>LONGVIEW, TX  75605- | xxxxx0514 | 546.14 | 372.30 | 0.00 | 372.30 |
| 06-60785 | 075-0 | EDWIN DEWAYNE LOVELADY<br>Original Check written to:<br>NATIONAL ACCOUNT SYSTEM<br>4054 VINTON ST<br>OMAHA, NE  68105- | xx7115 | 370.41 | 232.05 | 0.00 | 232.05 |
| 07-60196 | 014-0 | GONZALO ESPINOSA LISCANO<br>Original Check written to:<br>ALLTEL<br>BANKRUPTCY DEPT - 1269 B5F03-B<br>1 ALLIED DRIVE<br>LITTLE ROCK, AR  72202-9918 | xxxxxxxxxxx8772 | 909.46 | 136.97 | 0.00 | 136.97 |